UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GIANPIERIO LANDONI, et al.,

    Plaintiffs,

    v.

PIETRO BARBI,

    Defendant].

Civil Action No. 07-0462 (JDB)

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on May 24, 2007, and the Joint Rule 16.3 Statement previously submitted by the parties, it is hereby ORDERED as follows:

1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are due by not later than July 9, 2007.

2. Motions, if any, for joinder of additional parties or amendment of the pleadings shall be filed by not later than July 24, 2007.

3. The number of interrogatories, including parts and subparts, is limited to twenty-five (25) for plaintiffs and twenty-five (25) for defendant.

4. The number of depositions is limited to ten (10) depositions by plaintiffs and ten (10) depositions by defendant.

5. Non-expert discovery shall be completed by not later than October 24 2007.

6. Plaintiffs shall designate experts and serve any expert witness report upon defendant by not later than September 24, 2007. Defendant shall designate experts and serve any expert witness report upon plaintiffs by not later than October 24, 2007.

7. Expert discovery shall be completed by not later than November 26, 2007

8. Dispositive motions shall be filed by not later than December 21, 2007. Responses thereto shall be filed by not later than January 21, 2008. Replies, if any, shall be filed by not later than February 4, 2008.

9. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

10. A status hearing is scheduled for November 27, 2007, at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.

      /s/ John D. Bates
      JOHN D. BATES
    United States District Judge

Date:  May 24, 2007