UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIAMPIERO LANDONI and <br> MAURO LANDONI <br><br> Plaintiffs, <br><br> v. <br><br> PIETRO BARBI <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-462 <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs Giampiero and Mauro Landoni, by undersigned counsel, hereby make the following Initial Disclosures to Defendant Pietro Barbi.

**A. Individuals Likely to Have Discoverable Information Relevant to the Facts Alleged in the Pleadings:**

    1.    Giampiero Landoni
            c/o Philip Evans

Mr. Giampiero Landoni is likely to have discoverable information relevant to all factual allegations contained in the Complaint.

    2.    Mauro Landoni
            c/o Philip Evans

Mr. Mauro Landoni is likely to have discoverable information relevant to all factual allegations contained in the Complaint.

    3.    Pietro Barbi
            4722 Upton Street, NW
            Washington, DC 20016

Mr. Barbi is likely to have discoverable information relevant to the agreement between Plaintiffs and Defendant, the nature of the investment/operation contemplated by Defendant, and the communications between Plaintiffs and Defendant.

  4. Mr. Andrea Bernardi
    Address Currently Unknown

Mr. Bernardi may have discoverable information relevant to the agreement between Plaintiffs and Defendant, the nature of the investment/operation contemplated by Defendant, and the communications between Plaintiffs and Defendant.

  5. Musan Sikka
    Address Currently Unknown

Mr. Sikka may have discoverable information relevant to the agreement between Plaintiffs and Defendants, and the organization and control of the investment/operation contemplated by Defendant.

  6. Cesar Soler
    Address Currently Unknown

Mr. Soler may have discoverable information relevant to the agreement between Plaintiffs and Defendant and the investment/operation contemplated by Defendant.

  7. Eugene Greumberg
    President
    Gruemberg Mortgage & Financial Group, LLC
    4701 Willard Avenue, Suite 1104
    Chevy Chase, Maryland 20815

Mr. Greumberg may have discoverable information relevant to Defendant's efforts to repay Plaintiffs for the money owed.

**B. Description and Location of Documents Which Refer or Relate to Any Allegation or Defense Asserted in This Proceeding:**

The following documents, data compilations, and tangible things Plaintiff may use to support its claims are in the custody of the following persons at the following locations:

  1. Holland & Knight, LLP
    2099 Pennsylvania Avenue
    Suite 100
    Washington, DC 20006

    a. Correspondences and Memorandums Between and Among Parties and Witnesses

2

      i. Email Correspondence between Defendant and Andrea Bernardi dated October 22, 2003; forwarded to Mauro Landoni by Bernardi on October 23, 2003.

      ii. Memorandum re Bonds Secured Facility from Defendant to Andrea Bernardi and Giampiero Landoni dated October 22, 2003; forwarded to Mauro Landoni by Bernardi on October 23, 2003.

      iii. Correspondence between Defendant and Andrea Bernardi dated October 29, 2003.

      iv. Correspondence between Defendant and Giampiero Landoni dated September 28, 2005.

      v. Correspondence between Defendant and Giampeiro Landoni dated May 11, 2006.

      vi. Correspondence between Eugene Gruemberg and Defendant dated October 11, 2006.

      vii. Correspondence between Eugene Gruemberg and Defendant dated October 26, 2006.

   b. Documents Regarding Bank Transactions

      i. Wire Transfer Receipt dated November 3, 2003; fax confirmation dated November 6, 2003.

      ii. Request for Wire Transfer dated February 17, 2004.

      iii. Confirmation Letter for Acceptance of Bank Guarantee dated February 18, 2004.

      iv. Wire Transfer dated February 19, 2004.

   c. Pre Contractual Agreement dated October 29, 2003.

   d. Schedule of Payments Made by Plaintiffs to Defendant

**C. Computation of Damages:**

Plaintiffs' damages consist of payments made by Plaintiffs to Defendant between November 6, 2003, and July 18, 2005, plus interest and attorneys fees incurred or to be incurred in connection with this dispute. The total amount of payments made by Plaintiffs to Defendant is $787,500.00

**D. Insurance Agreements Which Might Cover Any Judgment Rendered in This Proceeding:**

Plaintiffs are not aware of any insurance agreements which might cover any judgment rendered in this proceeding.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP

    　/s/ Philip T. Evans
    Philip T. Evans (D.C. Bar No. 441735)
    Elizabeth L. Phelps (D.C. Bar No. 502026)
    2099 Pennsylvania Ave., N.W., Suite 100
    Washington, D.C. 20006
    Tel: (202) 955-3000/Fax: (202) 955-5564
    philip.evans@hklaw.com

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on the 6th of July, 2007, he caused a copy of the foregoing to be served by first-class mail, postage prepaid and by means of the ECF system on:

Andrew Fontanella
LAW OFFICE OF ANDREW FONTANELLA
611 Park Avenue
Suite 100
Baltimore, MD 21201

                                                                  /s/ Philip T. Evans
                                                                  Philip T. Evans

# 4600182_v1