UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GIAMPIERIO LANDONI, ET AL | * |
| PLAINTIFFS | * |
| VS. | *    CASE NO:    1:07-CV-00462 |
| PIETRO BARBI | * |
| DEFENDANT | * |

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO F. R. CIV. P. 26 a (1)**

COMES NOW the defendant PIETRO BARBI, by and through his undersigned attorney, Andrew Fontanella, Esq., pursuant to F. R. Civ. P. 26(a)(1) and states as disclosures under the following identified subsections:

1. F. R. Civ. P. 26(a)(1)(A)

    Andrea Bernardi
    Via Flli. Cervi 1
    20010 Bareggio MI
    Tel:39 335-6117968
    Mr. Bernardi was a broker in the financial transaction.

    Mussan Sikka
    19 Newman Street
    London W1
    England
    Tel: 44 778 539-2016
    Mr. Sikka is the business partner of the defendant Pietro Barbi

    Cesar Soler
    Buenos Aires
    Argentina
    Tel: 5411 4314-2187
    Mr. Soler was the owner of Paraguayan war bonds used to negotiate the Guaranty from Deutsche Bank

      S.W. Goldberg
Manager
Deutsche Bank
5 Temasek Boulevard
#08-01/05 Suntac Tower Five
038985 Singapore
Singapore

Raheem Al Mushrabi
Investment Manager
Century Financial Brokers, LLC
7th Floor, Al Khaleel Shopping Centre
Al Mankhool Rd., Opp. Ramada Hotel
Bur Dubai
Dubai

2.    F. R. Civ. P. 26(a)(1)(B)

The defendant is in possession of copies of three documents known to exist regarding this business investment transaction. The first is a letter dated February 17, 2004 from S.W. Goldberg, Manager of Deutsche Bank, Singapore, which advises that the bank will issue a guaranty for $25,000,000.00. The second 2-page document details the condition of the guaranty. The third document is a letter dated February 18, 2004 from Raheem Al Mushrabi, Investment Manager of Century Financial Brokers,LLC acknowledging receipt of the Offer Letter from Deutsche Bank. Upon information and belief, the originals of these letters are with the respective institutions.

3.    F. R. Civ. P. 26(a)(1)(C)

The defendant denies that there are any valid claims or causes of action against him. Any monetary losses due to an unsuccessful financial venture are the normal risks attributable to financial investments of this nature.

4. F. R. Civ. P. 26(a)(1)(D)

There is no known insurance policy relevant to this proceeding,,which may be used to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

5. F. R. Civ. P. 26(a)(1)(E)

This section is inapplicable in the current proceeding.

Respectfully Submitted,

/s/ Andrew Fontanella
Andrew Fontanella, Esq.
611 Park Avenue, Suite 100
Baltimore, Maryland 21201
(410) 659-7500
Counsel for Defendant Pietro Barbi
Federal Bar No. 457144

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of July 2007, Defendant Pietro Barbi's Initial Disclosures Pursuant to F. R. Civ. P. 26(a)(1) was filed electronically and the attorney listed below was deemed served pursuant to Administrative Order 2003-8:

Philip T. Evans
Elizabeth L. Phelps
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
Counsel for Plaintiffs Giampierio Landoni and Mauro Landoni

/s/ Andrew Fontanella
Andrew Fontanella