UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIANPIERIO LANDONI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PIETRO BARBI, <br><br> Defendant. | Civil Action No. 07-0462 (JDB) |

### ORDER

Upon consideration of [9] plaintiffs' motion for leave to file an amended complaint pursuant to Fed. R. Civ. P. 15(a), and the absence of any prejudice to defendant, it is hereby

**ORDERED** that plaintiffs' motion is **GRANTED**; it is further

**ORDERED** that the Clerk of the Court shall docket the amended complaint [9-3] forthwith; and it is further

**ORDERED** that defendant shall respond to the amended complaint by not later than August 28, 2007.

**SO ORDERED**.

                                                         /s/ John D. Bates
                                                       JOHN D. BATES
                                          United States District Judge

Date:  August 14, 2007