UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIAMPIERO LANDONI and <br> MAURO LANDONI <br><br> Plaintiffs, <br><br> v. <br><br> PIETRO BARBI <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-462 <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION TO ADJUST DISCOVERY DEADLINE**

Plaintiffs Giampiero Landoni and Mauro Landoni and Defendant Pietro Barbi, by undersigned counsel, respectfully move this Court for an order extending the non-expert discovery deadline from October 24, 2007, to November 26, 2007, the current deadline for expert discovery. As grounds for this Motion, the Parties state as follows:

1.	Plaintiffs filed this Amended Complaint for Money Damages against Defendant on July 24, 2007. Plaintiffs are Italian citizens and are prosecuting this case from abroad through their Washington, DC-based counsel.

2.	Pursuant to the Court's Scheduling Order dated May 24, 2007, non-expert discovery must be concluded by October 24, 2007, and expert discovery must be concluded by November 26, 2007.

3.	On September 7, 2007, Plaintiffs served Defendant with written discovery, including Plaintiff's First Set of Interrogatories and First Request for Production of Documents. Defendant has not yet responded to Plaintiffs' discovery requests. Plaintiffs also intend to notice Defendant's deposition.

4.	Defendant's counsel has informed counsel for Plaintiffs that Defendant's written discovery to Plaintiffs is forthcoming, and he intends to depose one or both Plaintiffs

5.	Due to Plaintiffs' location in a foreign country and the upcoming trial schedule of Defendant's counsel, it will be very difficult for the Parties to complete non-expert discovery by the October 24, 2007 deadline.  Accordingly, the Parties jointly request that the non-expert discovery deadline be extended from October 24, 2007, to November 26, 2007, to be coterminous with the expert discovery deadline.

6.	This specific discovery extension request is not expected to alter any other deadlines set by the Court in its Scheduling Order of May 24, 2007.

7.	Both Parties consent to this Motion.

Respectfully submitted,

| | |
|---|---|
| HOLLAND & KNIGHT LLP | LAW OFFICE OF ANDREW FONTANELLA |
| /s/ Philip T. Evans | /s/ Andrew Fontanella |
| Philip T. Evans (D.C. Bar No. 441735) | Andrew Fontanella, Esq. (DC Bar No. 457144) |
| Elizabeth L. Phelps (D.C. Bar No. 502026) | 611 Park Avenue |
| 2099 Pennsylvania Ave., N.W., | Suite 100 |
| Suite 100 | Baltimore, MD 21201 |
| Washington, D.C.  20006 | (410) 659-7500 |
| Tel: (202) 955-3000 | |
| Fax: (202) 955-5564 | |
| philip.evans@hklaw.com | |
| libby.phelps@hklaw.com | |

**Statement of Points and Authorities**

Fed. R. Civ. P. 6(b) and 16(b)
LCvR 7(m)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 3rd of October, 2007, he caused a copy of the foregoing to be served by means of the ECF system on:

Andrew Fontanella, Esq.
LAW OFFICE OF ANDREW FONTANELLA
611 Park Avenue
Suite 100
Baltimore, MD 21201

                /s/ Philip T. Evans
                Philip T. Evans

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIAMPIERO LANDONI and <br> MAURO LANDONI <br><br> Plaintiffs, <br><br> v. <br><br> PIETRO BARBI <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-462 <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING CONSENT MOTION TO
EXTEND DISCOVERY DEADLINE**

UPON CONSIDERATION OF the Parties' Consent Motion to Extend Discovery Deadline, it is by the United States District Court for the District of Columbia, this ____ day of _____ 2007, hereby

**ORDERED** that the Parties' Consent Motion is **GRANTED** and the non-expert discovery deadline is extended to November 26, 2007**.**

                                                                                                **JUDGE JOHN D. BATES**

Copies provided to:

Philip T. Evans, Esq.
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C.  20006

Andrew Fontanella, Esq.
LAW OFFICE OF ANDREW FONTANELLA
611 Park Avenue, Suite 100
Baltimore, MD 21201

# 4834878_v1