A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JDB LANDONI et al.

        Plaintiff(s)

        vs.

BARBI

        Defendant(s)

**APPEARANCE**

CASE NUMBER  1:07-CV-00462

To the Clerk of this court and all parties of record:

Please enter the appearance of __Elizabeth L. Phelps__ as counsel in this
                              (Attorney's Name)

case for: __Giampiero Landoni and Mauro Landoni__
                (Name of party or parties)

11/27/07
Date

502026
BAR IDENTIFICATION

*(signature)*
Signature

Elizabeth L. Phelps
Print Name

2099 Pennsylvania Avenue, NW
Address

Washington, DC  20006
City    State    Zip Code

202-663-7273
Phone Number