UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GIANPIERIO LANDONI, et al.,**<br><br>    **Plaintiffs,**<br><br>              v.<br><br>**PIETRO BARBI,**<br><br>    **Defendant.** | Civil Action No.  07-0462 (JDB) |

### ORDER

Pursuant to the status hearing held on this   7th   day of May, 2008, it is hereby

**ORDERED** as follows:

1.      The pretrial conference shall be held on September 12, 2008 at 9:00 a.m.

2.      Each party shall file a pretrial statement by September 8, 2008, in the form prescribed by L. Civ. R. 16.5.  In addition to the matters specified in L. Civ. R. 16.5(a), the pretrial statement shall also include:  (a) proposed voir dire questions, jury instructions, and verdict form; (b) a statement addressing which jurisdiction's law should be applied to resolve plaintiffs' claims (see, e.g., Jaffe v. Pallotta TeamWorks, 374 F.3d 1223, 1227 (D.C. Cir. 2004); Kroger v. Legalbill.com, 436 F. Supp. 2d 97, 103-04 (D.D.C. 2006)); (c) a concise statement of law supporting the party's claims or defenses; and (d) any unusual issues of fact or evidence not already submitted to the court.  Pretrial statements shall be submitted jointly to the extent possible.  The parties shall submit a courtesy copy and disk (WordPerfect format) to chambers.

3.      Trial shall commence on October 14, 2008, at 9:30 a.m. in Courtroom 8.  Based

on the representations of counsel, the anticipated length of trial is three days.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge